FB 201A (Form 201A) (06/14)

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)**
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1167 filing fee, $550 administrative fee: Total fee $1717)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

3. **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                     Case No. _____

Maiden, Danny Ray & Maiden, Sara Lynn _____    Chapter **7** _____
<center>Debtor(s)</center>

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____    Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer    petition preparer is not an individual, state
Address:                                                                       the Social Security number of the officer,
_____    principal, responsible person, or partner of
_____    the bankruptcy petition preparer.)
_____    (Required by 11 U.S.C. § 110.)

**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Maiden, Danny Ray & Maiden, Sara Lynn _____    **X** _X Danny Maiden_ 4-4-15
Printed Name(s) of Debtor(s)                                        Signature of Debtor                  Date

Case No. (if known) _____    **X** _Sara A Maiden_ 4.4.15
                                                                          Signature of Joint Debtor (if any)    Date

_____

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Maiden, Danny Ray** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Maiden, Sara Lynn** |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Sara Colwell** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **1853** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **4642** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**313 Creekside Dr., #A**<br>**Bloomingdale, IL**<br>ZIPCODE **60108** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**313 Creekside Dr., #A**<br>**Bloomingdale, IL**<br>ZIPCODE **60108** |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business:<br>**DuPage** |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

☑ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by,
regarding, or against debtor is pending:

**Nature of Business**
(Check one box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11
U.S.C. § 101(51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under
Title 26 of the United States Code (the
Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box.)

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for
Recognition of a Foreign
Main Proceeding
☐ Chapter 15 Petition for
Recognition of a Foreign
Nonmain Proceeding

**Nature of Debts**
(Check one box.)

☑ Debts are primarily consumer
debts, defined in 11 U.S.C.
§ 101(8) as "incurred by an
individual primarily for a
personal, family, or house-
hold purpose."
☐ Debts are primarily
business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals
only). Must attach signed application for the court's
consideration certifying that the debtor is unable to pay fee
except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (Applicable to chapter 7 individuals
only). Must attach signed application for the court's
consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less
than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes:
☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in
accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for
distribution to unsecured creditors.

THIS SPACE IS FOR
COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Maiden, Danny Ray & Maiden, Sara Lynn** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**Northern District Of Illinois** | Case Number:<br>**2006-** | Date Filed:<br>**March, 2006** |
| Location<br>Where Filed:**N/A** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _~~R7 Doen~~_ 4/4/15<br>Signature of Attorney for Debtor(s)       Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Maiden, Danny Ray & Maiden, Sara Lynn** |

<div align="center">

**Signatures**

</div>

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) |
| | ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. |
| | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _Danny Maiden_     **Danny Ray Maiden**<br>Signature of Debtor<br><br>X _Sara Maiden_     **Sara Lynn Maiden**<br>Signature of Joint Debtor<br><br>**(630) 607-8047**<br>Telephone Number (If not represented by attorney)<br><br>_4/4/15_<br>Date | X _____<br>Signature of Foreign Representative<br><br><br>_____<br>Printed Name of Foreign Representative<br><br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Petition Preparer |
|---|---|
| X _R F Doerr_<br>Signature of Attorney for Debtor(s)<br><br>**Richard F. Doerr 0648620**<br>**Law Offices of Steven H. Mevorah**<br>**& Associates**<br>**134 North Bloomingdale Road**<br>**Bloomingdale, IL  60108**<br>**(630) 529-4761  Fax: (630) 529-7630**<br>**rdoerr@mevorahlaw.com**<br><br>_4/4/15_<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | X _____<br>Signature<br><br>_____<br>Date<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Northern District of Illinois

**IN RE:**                                                              Case No. _____

Maiden, Danny Ray & Maiden, Sara Lynn _____    Chapter **7** _____
<sub>Debtor(s)</sub>

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $      0.00 | | |
| B - Personal Property | Yes | 3 | $  65,900.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $  55,252.04 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $      0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | $  75,788.43 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 3 | | | $  5,475.56 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $  5,413.00 |
| TOTAL | | 31 | $  65,900.00 | $  131,040.47 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B 6 Summary (Official Form 6 - Summary) (12/14)

## United States Bankruptcy Court
## Northern District of Illinois

**IN RE:**                                                  Case No. _____

Maiden, Danny Ray & Maiden, Sara Lynn _____   Chapter **7** _____
<div style="text-align:center">Debtor(s)</div>

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | 0.00 |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 12) | $ | 5,475.56 |
| Average Expenses (from Schedule J, Line 22) | $ | 5,413.00 |
| Current Monthly Income (from Form 22A-1 Line 11; **OR,** Form 22B Line 14; **OR,** Form 22C-1 Line 14 ) | $ | 5,735.50 |

**State the following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | 14,252.04 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   0.00 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | 0.00 |
| 4. Total from Schedule F | | $ | 75,788.43 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | 90,040.47 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE <u>Maiden, Danny Ray & Maiden, Sara Lynn</u> _____ Case No. _____
                        Debtor(s)                                                 (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | TOTAL | 0.00 | |

                                            (Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE Maiden, Danny Ray & Maiden, Sara Lynn _____   Case No. _____
                Debtor(s)                                                  (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash on hand** | J | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **BMO Harris - Checking Account No. XXXXXX3405** | J | 30.00 |
| | | **BMO Harris - Savings Account No. XXXXXX4416** | J | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Residential landlord for rent** | J | 1,675.00 |
| | | **Utility services security deposits:** **Electrical Service Deposit** **Garbage Service Deposit** **Gas Service Deposit** **Telephone Service Deposit** **Water and Sewer Service Deposit** | J | 840.00 |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Miscellaneous household goods and furnishings** | J | 1,005.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Miscellaneous wearing apparel** | J | 300.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Now Foods 401K Plan** | H | 21,000.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE  Maiden, Danny Ray & Maiden, Sara Lynn _____  Case No. _____
              Debtor(s)                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2014 Chrysler 200 automobile Condition: Good Approximate mileage: 12,000 | J | 20,000.00 |
| | | 2014 Chrysler 200 automobile Condition: Good Approximate Mileage: 9,000 | J | 21,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE <u>Maiden, Danny Ray & Maiden, Sara Lynn</u>                Case No. _____
                         Debtor(s)                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 65,900.00 |

_____0 continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/13)

IN RE <u>Maiden, Danny Ray & Maiden, Sara Lynn</u>                                    Case No. _____
          Debtor(s)                                                                                          (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)
      ☐ 11 U.S.C. § 522(b)(2)
      ☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on hand** | **735 ILCS 5 §12-1001(b)** | 50.00 | 50.00 |
| **BMO Harris - Checking Account No. XXXXXX3405** | **735 ILCS 5 §12-1001(b)** | 30.00 | 30.00 |
| **Residential landlord for rent** | **735 ILCS 5 §12-1001(b)** | 1,675.00 | 1,675.00 |
| **Utility services security deposits: Electrical Service Deposit Garbage Service Deposit Gas Service Deposit Telephone Service Deposit Water and Sewer Service Deposit** | **735 ILCS 5 §12-1001(b)** | 840.00 | 840.00 |
| **Miscellaneous household goods and furnishings** | **735 ILCS 5 §12-1001(b)** | 1,005.00 | 1,005.00 |
| **Miscellaneous wearing apparel** | **735 ILCS 5 §12-1001(a)** | 300.00 | 300.00 |
| **Now Foods 401K Plan** | **40 ILCS 5 §§22-230, 4-135, 6-213, 19-117** | 21,000.00 | 21,000.00 |
| **2014 Chrysler 200 automobile Condition: Good Approximate mileage: 12,000** | **735 ILCS 5 §12-1001(c)** | 2,400.00 | 20,000.00 |
| **2014 Chrysler 200 automobile Condition: Good Approximate Mileage: 9,000** | **735 ILCS 5 §12-1001(c)** | 2,400.00 | 21,000.00 |

*Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Maiden, Danny Ray & Maiden, Sara Lynn**_____ Case No. _____
                            Debtor(s)                                                (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4728**<br><br>**Ally**<br>**Payment Processing Center**<br>**P.O. Box 9001952**<br>**Louisville, KY  40290-1952** | | H | Year:   **2014**<br>Make    **Chrysler**<br>Model   **200**<br>Number of Miles  **12000**<br>Condition<br><br>VALUE $ **20,000.00** | | | | 23,251.00 | 3,251.00 |
| ACCOUNT NO. **6071**<br><br>**Chrysler Capital**<br>**P.O. Box 660335**<br>**Dallas, TX  75266-0335** | | J | Year    **2014**<br>Make    **Chrysler**<br>Model<br>Number of miles  **9,050**<br>Condition<br><br>VALUE $ **41,000.00** | | | | 32,001.04 | 11,001.04 |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |

_____**0**_ continuation sheets attached

                                                  Subtotal<br>(Total of this page) $ **55,252.04** $ **14,252.04**

                                                  Total<br>(Use only on last page) $ **55,252.04** $ **14,252.04**

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13)

IN RE Maiden, Danny Ray & Maiden, Sara Lynn _____   Case No. _____
                Debtor(s)                                                                 (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death and personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE Maiden, Danny Ray & Maiden, Sara Lynn _____  Case No. _____
                              Debtor(s)                                               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2153**<br>**ACL Laboratories, Inc.**<br>**Collection Services**<br>**P.O. Box 27901**<br>**W. Allis, WI 53227** | | W | Medical services rendered | | | | 30.22 |
| ACCOUNT NO. **0646**<br>**Advance Family Dental**<br>**845 S. Main Street**<br>**Lombard, IL 60148** | | W | Dental services rendered | | | | 1,810.90 |
| ACCOUNT NO. **8125**<br>**Advanced Beauty Solutions**<br>**P.O. Box 406**<br>**Farmingdale, NY 11735-0406** | | W | Miscellaneous credit card purchases | | | | 119.97 |
| ACCOUNT NO. **0834**<br>**Advanced Family Dental Lombard**<br>**8845 S. Main Street**<br>**Lombard, IL 60148** | | H | Services rendered | | | | 340.10 |

__15__ continuation sheets attached

                             Subtotal
                (Total of this page) $ **2,301.19**

                              Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Maiden, Danny Ray & Maiden, Sara Lynn _____    Case No. _____
Debtor(s)    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2724<br>Adventist Health Partners<br>P.O. Box 7001<br>Bolingbrook, IL  60440-7001 | | H | Medical services rendered - September and October, 2014. | | | | 80.00 |
| ACCOUNT NO. 3784<br>Advocate Health Care<br>Advocate Good Samaritan Hospital<br>P.O. Box 93548<br>Chicago, IL  60673 | | H | Medical services rendered - 09/01/08 | | | | 254.80 |
| ACCOUNT NO. 4374<br>Advocate Health Care<br>Advocate Good Samaritan Hospital<br>P.O. Box 4248<br>Carol Stream, IL  60197-4248 | | W | Medical services rendered | | | | 100.00 |
| ACCOUNT NO. 0475<br>Advocate Medical Group<br>P.O. Box 92523<br>Chicago, IL  60675-2523 | | W | Medical services rendered | | | | 91.00 |
| ACCOUNT NO. 8022<br>Alexian Brothers Medical Center<br>Alcoa Billing Ctr-MEA-Elk Grove, LLC<br>P.O. Box 740023<br>Cincinnati, OH  45274-0023 | | W | Medical services rendered | | | | 41.14 |
| ACCOUNT NO. 0829<br>Amazon Store/Synchrony Bank<br>P.O. Box 960013<br>Orlando, FL  32896-0013 | | H | Miscellaneous credit card purchases | | | | 562.07 |
| ACCOUNT NO. 1091<br>Antonio J. Bravo, MD, SC<br>Armando A. San Juan, MD<br>1200 S. York Rd., #4120<br>Elmhurst, IL  60126 | | W | Medical services rendered | | | | 82.52 |

Sheet no. _____ 1 of _____ 15 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ 1,211.53

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Maiden, Danny Ray & Maiden, Sara Lynn</u>                    Case No. _____
                          Debtor(s)                                                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9191 <br> **Arlington Ridge Pathology, S.C.** <br> **520 E. 22nd St** <br> **Lombard, IL  60148** | | W | Medical services rendered. | | | | 100.00 |
| ACCOUNT NO. 5869 <br> **Arlington Ridge Pathology, S.C.** <br> **520 E. 22nd St** <br> **Lombard, IL  60148** | | W | Medical services rendered | | | | 225.00 |
| ACCOUNT NO. 7676 <br> **Arlington Ridge Patholoy, S.C.** <br> **520 E. 22nd St.** <br> **Lombard, IL  60148** | | W | Medical services rendered | | | | 51.00 |
| ACCOUNT NO. 3435 <br> **Avant Credit** <br> **640 N. LaSalle St** <br> **Chicago, IL  60654** | | H | Miscellaneous credit purchases | | | | 1,747.00 |
| ACCOUNT NO. 6591 <br> **Banana Republic/Synchrony Bank** <br> **P.O. Box 530942** <br> **Atlanta, GA  30353-0942** | | H | Miscellaneous credit card purchases | | | | 660.09 |
| ACCOUNT NO. 8708 <br> **Barclay Card Rewards MasterCard** <br> **Card Services** <br> **P.O. Box 8833** <br> **Wilmington, DE  19899-8833** | | H | Miscellaneous credit card purchases | | | | 827.12 |
| ACCOUNT NO. 0325 <br> **Best Practices Of Northwest, SC 87** <br> **Suburban Credit Corporation** <br> **P.O. Box 30640** <br> **Alexandri8a, VA  22310-0640** | | W | Medical services rendered | | | | 111.80 |

Sheet no. ____ **2** of ____ **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $     3,722.01

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Maiden, Danny Ray & Maiden, Sara Lynn _____ Case No. _____
                             Debtor(s)                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2916<br>**Bloomingdale Dental Certified Services, Inc.**<br>P.O. Box 177<br>Waukegan, IL 60079-0177 | | H | Medical services rendered | | | | 464.26 |
| ACCOUNT NO. 2842<br>**Bloomingdale Dental Certified Services, Inc.**<br>P.O. Box 177<br>Waukegan, IL 60079-0177 | | W | Dental services rendered | | | | 880.01 |
| ACCOUNT NO. 1819<br>**Castello Wellnes Merchants' Credit Buide Co.**<br>223 W. Jackson Blvd, #700<br>Chicago, IL 60606 | | W | Medical services rendered | | | | 48.40 |
| ACCOUNT NO. 1789<br>**Castello Wellness Merchants' Credit Guide Co.**<br>223 W. Jackson Blvd, #700<br>Chicago, IL 60606 | | W | Medical services rendered | | | | 24.20 |
| ACCOUNT NO. 3052<br>**Chevron/Synchrony Bank**<br>P.O. Box 530950<br>Atlanta, GA 30353-0950 | | H | Miscellaneous credit card purchases | | | | 257.01 |
| ACCOUNT NO. 2634<br>**Circle Hill Apartments Cook Law Mgstrt**<br>Rolling Meadows, IL 00000 | | | Evicted from apartment, back rent. | | | | 2,720.00 |
| ACCOUNT NO. 3019<br>**Com Ed CCI Contract Callers Inc.**<br>P.O. Box 212489<br>Augusta, GA 30917-2489 | | H | Services rendered | | | | 327.29 |

Sheet no. __3__ of __15__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal | $ | 4,721.17
(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Maiden, Danny Ray & Maiden, Sara Lynn _____ Case No. _____
      Debtor(s)                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7155**<br>**Comenity Capital Bank, Re: Paypal Credit<br>RGS Collections, Inc.<br>P.O. Box 852039<br>Richardson, TX  75085-2039** | | H | **Miscellaneous credit card purchases** | | | | 733.42 |
| ACCOUNT NO. **7076**<br>**Credit One Bank<br>P.O. Box 98873<br>Las Vegas, NV  89193-8873** | | H | **Miscellaneous credit card charges and cash advances** | | | | 873.94 |
| ACCOUNT NO. **4226**<br>**Credit One Bank<br>P.O. Box 60500<br>City Of Industry, CA  91715-0500** | | W | **Miscellaneous credit card charges and cash advances** | | | | 375.29 |
| ACCOUNT NO. **9968**<br>**Elmhurst Clinic<br>MiraMed Revenue Group - Dept. 77304<br>P.O. Box 77000<br>Detroit, MI  48277-0304** | | W | **Medical services rendered** | | | | 20.30 |
| ACCOUNT NO. **0127**<br>**Elmhurst Clinic, Elmhurst Memorial<br>Div Of Elmhurst Memorial Healthcare<br>25847 Network Place<br>Chicago, IL  60673-1258** | | W | **Medical services rendered** | | | | 20.00 |
| ACCOUNT NO. **8716**<br>**Elmhurst Emergency Medical Services<br>MiraMed Revenue Group, LLC - Dept.77304<br>P.O. Box 77000<br>Detroit, MI  48277-0304** | | W | **Medical services rendered** | | | | 208.00 |
| ACCOUNT NO. **5967**<br>**Elmhurst Memorial Healthcare<br>MiraMed Revenue Group - Dept. 77304<br>P.O. Box 77304<br>Detroit, MI  48277-0304** | | W | **Medical services rendered** | | | | 797.25 |

Sheet no. ___**4**___ of ___**15**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   3,028.20

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Maiden, Danny Ray & Maiden, Sara Lynn _____   Case No. _____
　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9678<br>Elmhurst Memorial Healthcare<br>Malcolm S, Gerald And Associates, Inc.<br>332 South Michigan Avenue, Suite 600<br>Chicago, IL  60604 | | W | Medical services rendered | | | | 438.27 |
| ACCOUNT NO. 5457<br>Elmhurst Memorial Healthcare<br>Computer Credit, Inc.<br>P.O. Box 4052<br>Carol Stream, IL  60197-4052 | | W | Medical services rendered | | | | 54.69 |
| ACCOUNT NO. 4321<br>Elmhurst Memorial Healthcare<br>Elmhurst Memorial Hospital<br>P.O. Box 4052<br>Carol Stream, IL  60197-4052 | | W | Medical services rendered | | | | 134.78 |
| ACCOUNT NO. 9707<br>Elmhurst Memorial Healthcare Hospital<br>United Coll Bur/Medical Rec Spec, LLC<br>2250 E. Devon Ave., Ste. 352<br>Des Plaines, IL  60018-4521 | | W | Medical services rendered | | | | 244.75 |
| ACCOUNT NO. 0001<br>Elmhurst Radiologists, SC, NCI<br>Northwest Collectors Inc.<br>3306 Algonquin Rd., Ste 232<br>Rolling Meadows, IL  60008-3106 | | W | Medical services rendered | | | | 220.00 |
| ACCOUNT NO. 8973<br>Evine Live/Synchrfony Bank<br>P.O. Box 960009<br>Orlando, FL  32896-0009 | | H | Miscellaneous credit card purchases | | | | 679.86 |
| ACCOUNT NO. 3855<br>Fingerhut Advantage<br>Berman & Rabin, P.A.<br>P.O. Box 166<br>Newark, NJ  07101-0166 | | H | Miscellaneous credit card purchases | | | | 726.96 |

Sheet no. _____ 5 of _____ 15 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 2,499.31

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Maiden, Danny Ray & Maiden, Sara Lynn _____    Case No. _____
 Debtor(s)                                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3700**<br>**Fingerhut Direct Mrkting, Jefferson Capital Syst LLC, FNCB, Inc.**<br>**P.O. Box 51660**<br>**Sparks, NV  89435** | | W | Miscellaneous credit card purchases | | | | 202.37 |
| ACCOUNT NO. **8957**<br>**First Premier Bank**<br>**P.O.  Box 5529**<br>**Sioux Falls, SD  57117-5529** | | H | Miscellaneous credit card charges and cash advances | | | | 1,120.20 |
| ACCOUNT NO. **4837**<br>**First Premier Bank**<br>**Rushmore Service Center**<br>**P.O. Box 5507**<br>**Sioux Falls, SD  57117-5507** | | W | Claim No. 5178-0064-1190-1715 | | | | 423.82 |
| ACCOUNT NO. **uren**<br>**Fox Valley Institute For Growth & Wellne**<br>**640 North River Road, Suite 108**<br>**Naperville, IL  60563-8947** | | W | Medical services rendered | | | | 30.00 |
| ACCOUNT NO. **1454**<br>**GAP Gap Card/Synchrony Bank**<br>**P.O. Box 530942**<br>**Atlanta, GA  30353-0942** | | H | Miscellaneous credit card purchases | | | | 468.99 |
| ACCOUNT NO. **1865**<br>**Good Shepherd Hospital**<br>**Medical Recovery Specialists, LLC**<br>**2250 E. Devon Ave., Ste. 352**<br>**Des Plaines, IL  60018-4521** | | W | Medical services rendered | | | | 80.00 |
| ACCOUNT NO. **8764**<br>**Great Amercan Finance Company**<br>**GAFCO**<br>**20 North Wacker Drive, Suite 2275**<br>**Chicago, IL  60606** | | W | Miscellaneous furniture - Garnishment in process | | | | 2,098.20 |

Sheet no. ____ **6** of ____ **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 4,423.58

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Maiden, Danny Ray & Maiden, Sara Lynn _____ Case No. _____
                     Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6629<br>Greater Northwest Medical Group SC<br>1300 Busch Parkway<br>Buffalo Grove, IL  60089-4505 | | W | Medical services rendered | | | | 96.00 |
| ACCOUNT NO. A000<br>Gregory Castello D.O.<br>244 E. Roosevelt Road<br>Lombard, IL  60148-4647 | | W | Medical services rendered | | | | 67.70 |
| ACCOUNT NO. 4258<br>Grove Dental Associates, P.C.<br>Baron's Creditor's Services Corp.<br>155 Revere Drive, Suite  9<br>Northbrook, IL  60062-1588 | | W | Medical services rendered | | | | 229.00 |
| ACCOUNT NO. 4140<br>J.R.S.I., Inc.<br>Steven J. Fink & Associates, P.C.<br>25 E. Washington St., Suite 1233<br>Chicago, IL  60602 | | W | Creditor lawsuit - DuPage County | | | | 937.25 |
| ACCOUNT NO. tter<br>James A. Pope, Attorney At Law<br>The Comar Centre<br>1 S 660 Midwest Road - Suite 200<br>Oakbrook Terrace, IL  60181 | | W | Legal services rendered | | | | 3,200.00 |
| ACCOUNT NO. 0865<br>Jared Galleria Of Jewelry<br>P.O. Box 740425<br>Cincinnati, OH  45274-0425 | | W | Miscellaneous credit purchases | | | | 411.26 |
| ACCOUNT NO. 7392<br>JC Penney Credit Services<br>Synchrony Bank<br>P.O. Box 960090<br>Orlando, FL  32896-0090 | | H | miscellaneous credit card purchases | | | | 1,219.93 |

Sheet no. _____ 7 of _____ 15 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 6,161.14

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Maiden, Danny Ray & Maiden, Sara Lynn</u>                    Case No. _____
<div align="center">Debtor(s)                                          (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7026**<br>**Kohl's/Capital One**<br>**P.O. Box 2983**<br>**Milwaukee, WI  53201-2983** | | W | Miscellaneous credit card purchases | | | | 610.50 |
| ACCOUNT NO. **5788**<br>**Leone Dermatology Center**<br>**3060 N. Arlington Heights Road**<br>**Arlington Heights, IL  60004-1530** | | W | Medical services rendered | | | | 212.00 |
| ACCOUNT NO. **4464**<br>**Lowe's**<br>**Synchrony Bank**<br>**P.O. Box 530914**<br>**Atlanta, GA  30353-0914** | | H | Miscellaneous credit card purchases | | | | 479.46 |
| ACCOUNT NO.<br>**Mark E. Heimsoth, Attorney At Law**<br>**563 W. Galena Blvd.**<br>**Aurora, IL  60506** | | W | Legal fees rendered | | | | 892.70 |
| ACCOUNT NO. **6013**<br>**Midwest Pathology Services**<br>**Dept. 4003**<br>**Carol Stream, IL  60122** | | W | Medical services rendered | | | | 35.00 |
| ACCOUNT NO. **0951**<br>**Miswest Pathology Services**<br>**Medical Recovery Specialists, LLC**<br>**2250 E. Devon Avenue, Ste. 352**<br>**Des Plaines, IL  60018-4521** | | W | Medical services rendered | | | | 35.00 |
| ACCOUNT NO. **5382**<br>**Nicor Gas**<br>**Asset Acceptance LLC**<br>**P.O. Box 2036**<br>**Warren, MI  48090-2036** | | W | Services rendered | | | | 59.74 |

Sheet no. ___**8**___ of ___**15**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">Subtotal  $  2,324.40<br>(Total of this page)</div>

<div align="right">Total<br>(Use only on last page of the completed Schedule F. Report also on<br>the Summary of Schedules, and if applicable, on the Statistical<br>Summary of Certain Liabilities and Related Data.)  $ _____</div>

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Maiden, Danny Ray & Maiden, Sara Lynn__    Case No. _____
Debtor(s)    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

<div style="writing-mode: vertical-rl">© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5271**<br>**Northwest Community**<br>**Argent Healthcare Financial Services, I**<br>**P.O. Box 40019**<br>**Phoenix, AZ  85067-0019** | | W | Medical services rendered | | | | 1,548.97 |
| ACCOUNT NO. **2679**<br>**Northwest Community**<br>**Argent Healthcare Financial Services, I**<br>**P.O. Box 40019**<br>**Phoenix, AZ  85067-0019** | | W | Medical services rendered | | | | 2,303.68 |
| ACCOUNT NO. **0450**<br>**Northwest Community**<br>**Argent Healthcare Financial Services, I**<br>**P.O. Box 40019**<br>**Phoenix, AZ  85067-0019** | | W | Medical services rendered | | | | 334.99 |
| ACCOUNT NO. **5731**<br>**Northwest Community Hospital**<br>**MiraMed Revenue Group, Dept. 77304**<br>**P.O. Box 77000**<br>**Detroit, MI  48277-0304** | | H | Medical services rendered | | | | 170.00 |
| ACCOUNT NO. **1761**<br>**Northwest Community Hospital**<br>**C.B. Accounts, Inc.**<br>**P.O. Box 95698**<br>**Chicago, IL  60694-5698** | | W | Mfedical services rendered | | | | 1,137.13 |
| ACCOUNT NO. **0450**<br>**Northwest Community Hospital**<br>**P.O. Box 95698**<br>**Chicago, IL  60694-5698** | | W | Medical services rendered | | | | 334.99 |
| ACCOUNT NO. **1344**<br>**Northwest Community Hospital**<br>**800 West Central Road**<br>**Arlington Heights, IL  60005** | | W | Medical services rendered | | | | 7,277.91 |

Sheet no. ____**9**____ of ____**15**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | $  13,107.67 |
| Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Maiden, Danny Ray & Maiden, Sara Lynn</u>                    Case No. _____
              Debtor(s)                                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9509**<br>**Northwest Community Hospital**<br>**P.O. Box 95698**<br>**Chicago, IL  60694-5698** | | W | Medical services rendered | | | | 644.55 |
| ACCOUNT NO. **3766**<br>**Northwest Community Hospital**<br>**P.O. Box 95698**<br>**Chicago, IL  60694-5698** | | W | Medical services rendered | | | | 532.00 |
| ACCOUNT NO. **2083**<br>**Northwest Community Hospital**<br>**Pellettieri & Associates, LTD**<br>**991 Oak Creek Drive**<br>**Lombard, IL  60148-6408** | | W | Medical services rendered | | | | 79.87 |
| ACCOUNT NO. **2727**<br>**Northwest Community Hospital**<br>**C.B. Accounts, Inc.**<br>**P.O. Box 95698**<br>**Chicago, IL  60694-5698** | | W | Medical services rendered | | | | 196.62 |
| ACCOUNT NO. **3766**<br>**Northwest Community Hospital**<br>**Pellettieri & Associates, Ltd**<br>**991 Oak Creek Drive**<br>**Lombard, IL  60148-6408** | | W | Medical services rendered | | | | 532.00 |
| ACCOUNT NO. **5089**<br>**Northwest Community Hospital**<br>**P.O. Box 95698**<br>**Chicago, IL  60694-5698** | | W | Medical services rendered | | | | 75.00 |
| ACCOUNT NO. **6559**<br>**Northwest Community Hospital**<br>**Firstsource Financial Solutions, Inc.**<br>**P.O. Box 33009**<br>**Phoenix, AZ  85850-3009** | | W | Medical services rendered | | | | 2,363.27 |

Sheet no. ___**10**___ of ___**15**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal
(Total of this page) $ **4,423.31**

                                        Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Maiden, Danny Ray & Maiden, Sara Lynn** _____ Case No. _____
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8511**<br>**Northwest Community Hospital Pellettieri & Associates, LTD 991 Oak Creek Drive Lombard, IL 60148-6408** | | W | Medical services rendered | | | | 577.20 |
| ACCOUNT NO. **8525**<br>**Northwest Community Hospital Pellettieri & Associates, Ltd. 991 Oak Creek Drive Lombard, IL 60148-6408** | | W | Medical services rendered | | | | 340.98 |
| ACCOUNT NO. **9509**<br>**Northwest Community Hospital C.B. Accounts, Inc. P.O. Box 95698 Chicago, IL 60694-5698** | | W | Medical services rendered | | | | 644.55 |
| ACCOUNT NO. **iple**<br>**Northwest Community Hospital Firstsource Financial Solutions, LLC P.O. Box 33009 Phoenix, AZ 85067-3009** | | W | Medical services rendered | | | | 8,593.01 |
| ACCOUNT NO. **2741**<br>**Northwest Community Hospital, C.B. Accts First Source Healthcare Advantage, Inc. P.O. Box 40019 Phoenix, AZ 85067-0019** | | W | Medical services rendered | | | | 1,791.10 |
| ACCOUNT NO. **5869**<br>**Northwest Radiology Associates, SC 520 E. 22nd St. Lombard, IL 60148** | | W | Medical services rendered | | | | 695.00 |
| ACCOUNT NO. **2741**<br>**Northwest Radiology Associates, SC 520 E. 22nd St. Lombard, IL 60148** | | W | Medical services rendered | | | | 147.00 |

Sheet no. __**11**__ of __**15**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **12,788.84**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Maiden, Danny Ray & Maiden, Sara Lynn</u>_____   Case No. _____
                                   Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1344**<br>**Northwest Radiology Associates, SC**<br>**520 E. 22nd St.**<br>**Lombard, IL  60148** | | W | Medical services rendered | | | | 503.00 |
| ACCOUNT NO. **2679**<br>**Northwest Radiology Associates, SC**<br>**520 E. 22nd St.**<br>**Lombard, IL  60148** | | W | Medical services rendered | | | | 57.00 |
| ACCOUNT NO. **1001**<br>**Northwest Suburban Anesth**<br>**Medical Business Bureau, LLC**<br>**P.O. Box 1219**<br>**Park Ridge, IL  60068-7219** | | W | Medical services rendered | | | | 831.00 |
| ACCOUNT NO. **5352**<br>**Northwest Women's Consulltants**<br>**FFCC-Columbus, Inc.**<br>**P.O. Box 20790**<br>**Columbus, OH  43220-0790** | | W | Medical services rendered | | | | 320.00 |
| ACCOUNT NO. **7342**<br>**Old Navy /Synchrony Bank**<br>**P.O. Box 530942**<br>**Atlanta, GA  30353-0942** | | H | Miscellaneous credit card purchases | | | | 405.22 |
| ACCOUNT NO. **5885**<br>**Orthopaedic Associates, S.C.**<br>**1300 East Central Rd.**<br>**Arlington Hts., IL  60005-2857** | | W | Medical services rendered | | | | 252.00 |
| ACCOUNT NO. **7155**<br>**Pay Pal Credit**<br>**Comenity Capital Bank**<br>**P.O. Box 105658**<br>**Atlanta, GA  30348-5658** | | H | Miscellaneous credit card purchases | | | | 733.42 |

Sheet no. __**12**__ of __**15**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                    Subtotal        $   **3,101.64**
                (Total of this page)

                       Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Maiden, Danny Ray & Maiden, Sara Lynn</u>                           Case No. _____
                                    Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6027**<br><br>**Phillips 66 Co**<br>**SYNCB**<br>**P.O. Box 530942**<br>**Atlanta, GA  30353-0942** | | H | Miscellaeneous credit card chargews and cash advances | | | | 722.82 |
| ACCOUNT NO. **3330**<br><br>**Podiatric Management Systems LLC**<br>**30 S. Michigan Avenue, Suite #503**<br>**Chicago, IL  60603-3218** | | W | Medical services rendered | | | | 315.70 |
| ACCOUNT NO. **8944**<br><br>**Quest Diagnostics**<br>**P.O. Box 64804**<br>**Baltimore, MD  21264-4804** | | W | Medical services rendered | | | | 221.20 |
| ACCOUNT NO. **9411**<br><br>**Quest Diagnostics, Credit Collection Ser**<br>**Payment Processing Center - 27**<br>**P.O. Box 55126**<br>**Boston, MA  02205-5126** | | W | Medical services rendered | | | | 117.70 |
| ACCOUNT NO. **1864**<br><br>**Ronald H. Stefani, Jr., M.C., F.A.C.S.,**<br>**Plastic Reconstructive And Hand Surgery**<br>**629 South Main Street**<br>**Lombard, IL  60148** | | W | Medical services rendered | | | | 65.00 |
| ACCOUNT NO. **8973**<br><br>**ShopHQ/Synchrony Bank**<br>**P.O. Box 960009**<br>**Orlando, FL  32896-0009** | | H | Miscellaneous credit purchases | | | | 665.93 |
| ACCOUNT NO. **8841**<br><br>**Sprint**<br>**Convergent Outsourcing, Inc.**<br>**10750 Hammerly Blvd, #200**<br>**Houston, TX  77043** | | W | Communication services rendered | | | | 238.36 |

Sheet no. ___**13**___ of ___**15**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                      Subtotal    $ **2,346.71**
       (Total of this page)

                        Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Maiden, Danny Ray & Maiden, Sara Lynn _____   Case No. _____
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

<div style="writing-mode: vertical-rl">© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2209** <br> **Sterling Jerwelers, Inc. DBA Kay Jeweler** <br> **Blitt And Gaines, P.C.** <br> **661 Glenn Avenue** <br> **Wheeling, IL  60090** | | H | Miscellaneous credit card purchases | | | | 1,281.80 |
| ACCOUNT NO. **3330** <br> **Suburban Podiatry Associates, P.C.** <br> **Gregory Jansyn DPM** <br> **303 E. Army Trail Road, Ste. 101** <br> **Bloomingdale, IL  60108-2169** | | W | Medical services rendered | | | | 315.70 |
| ACCOUNT NO. **7434** <br> **Target Card Services** <br> **P.O,. Box 660170** <br> **Dallas, TX  75266-0170** | | H | Miscellaneous credit card purchases | | | | 954.53 |
| ACCOUNT NO. **7434** <br> **Target Card Services** <br> **P.O,. Box 660170** <br> **Dallas, TX  75266-0170** | | H | Miscellaneous credit card purchases | | | | 867.41 |
| ACCOUNT NO. **1746** <br> **Target Credit Card Services** <br> **P.O. Box 660170** <br> **Dallas, TX  75266-0170** | | W | Miscellaneous credit card purchases | | | | 578.71 |
| ACCOUNT NO. **1454** <br> **The Gap** <br> **Synchrony Bank** <br> **P.O. Box 965003** <br> **Orlando, FL  32896** | | H | Miscellaneous credit card purchases | | | | 433.99 |
| ACCOUNT NO. **9452** <br> **The Room Place, GAFCO** <br> **Great American Finance Company** <br> **20 North Wacker Drive, Suite 2275** <br> **Chicago, IL  60606-3096** | | H | Furniture purchase | | | | 2,058.63 |

Sheet no. ___14___ of ___15___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | $ | 6,490.77 |
|---|---|---|---|
|  | Total <br> (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

B6F (Official Form 6F) (12/07) - Cont.

IN RE Maiden, Danny Ray & Maiden, Sara Lynn _____ Case No. _____
            Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6616**<br>U. S. Cellular<br>Debt Recovery Solutions, LLC<br>P.O. Box 9001<br>Westbury, NY  11590-9001 | | W | Communication services rendered | | | | 142.39 |
| ACCOUNT NO. **7268**<br>US Bank<br>P.O. Box 5227<br>Cincinnati, OH  45201 | | H | Miscellaneous credit card charges and cash advances | | | | 778.31 |
| ACCOUNT NO.<br>Verizon Wireless, Mcm<br>Midland Credit Management, Inc.<br>P.O. Box 60578<br>Los Angeles, CA  90060-0578 | | W | Communication services rendered | | | | 1,025.78 |
| ACCOUNT NO. **1133**<br>Wal*Mart, Central Credit Services LLC<br>P.O. Box 530927<br>Atlanta, GA  30353-0927 | | H | Miscellaneous credit card charges and cash advances | | | | 593.79 |
| ACCOUNT NO. **5242**<br>Wal*Mart/Synchrony Bank<br>P.O. Box 530927<br>Atlanta, GA  30353-0927 | | W | Miscellaneous credit card purchases | | | | 596.69 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **15** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | $ | 3,136.96 |
| Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 75,788.43 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE <u>Maiden, Danny Ray & Maiden, Sara Lynn</u>                    Case No. _____
                    Debtor(s)                                                      (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Patrick Combs**<br>**P. O. Box 5720**<br>**Glendale Heights, IL  60139** | **Residential Lease**<br>**Security Deposit - $1675.00**<br>**Expires:  05/17/2016**<br>**Monthly Rent:  $1675.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE <u>Maiden, Danny Ray & Maiden, Sara Lynn</u>    Case No. _____
      Debtor(s)              (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

<div style="border:1px solid">

**Fill in this information to identify your case:**

Debtor 1     Danny Ray Maiden
_____
First Name        Middle Name        Last Name

Debtor 2     Sara Lynn Maiden
(Spouse, if filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(if known)     _____

</div>

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 6I

# Schedule I: Your Income                                    12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for
supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse.
If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a
separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1. **Fill in your employment
   information.**

   If you have more than one job,
   attach a separate page with
   information about additional
   employers.

   Include part-time, seasonal, or
   self-employed work.

   Occupation may include student
   or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | Machine Helper | Driver Manager |
| Employer's name | Now Foods | Blackhawk Transport |
| Employer's address | 395 S. Glen Ellyn Road<br>Number  Street | 2200 E. Pratt Blvd<br>Number  Street |
| | Bloomingdale, IL  60108-0000<br>City       State    ZIP Code | Elk Grove Village, IL  60007-0000<br>City       State    ZIP Code |
| How long employed there? | 4 years and 6 months | 4 months |

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing
spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines
below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $  2,538.56 | $  3,641.67 |
| 3. Estimate and list monthly overtime pay. | 3. | + $  186.07 | + $  0.00 |
| 4. Calculate gross income. Add line 2 + line 3. | 4. | $  2,724.63 | $  3,641.67 |

Debtor 1 __Danny Ray Maiden__  Case number (if known) _____
First Name   Middle Name   Last Name

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here ........................................➔ 4. | $ 2,724.63 | $ 3,641.67 |

5. List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 419.87 | $ 772.71 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 108.99 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $ 10.09 | $ 0.00 |
| 5e. Insurance | 5e. | $ 89.25 | $ 0.00 |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. Other deductions. Specify: __See Schedule Attached__ | 5h. | + $ 699.48 | + $ 90.26 |
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 1,327.76 | $ 862.98 |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 1,396.87 | $ 2,778.69 |

8. List all other income regularly received:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 1,300.00 | $ 0.00 |
| 8d. Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. Other monthly income. Specify: _____ | 8h. | + $ 0.00 | + $ 0.00 |
| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 1,300.00 | $ 0.00 |

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

| 10. | $ 2,696.87 | + | $ 2,778.69 | = | $ 5,475.56 |
|---|---|---|---|---|---|

11. State all other regular contributions to the expenses that you list in *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____ 11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data*, if it applies 12. $ 5,475.56

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☑ Yes. Explain: | one party will be out of work as of April 1, 2015 if unable to find a new job. |

IN RE <u>Maiden, Danny Ray & Maiden, Sara Lynn</u>             Case No. _____
<div align="center">Debtor(s)</div>

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

|  | DEBTOR | SPOUSE |
| --- | ---: | ---: |
| Other Payroll Deductions: | | |
| **BCMC** | **265.11** | **0.00** |
| **GAR** | **133.73** | **0.00** |
| **Med** | **120.47** | **0.00** |
| **MetDP** | **46.84** | **0.00** |
| **Q** | **121.03** | **0.00** |
| **Vis** | **12.35** | **0.00** |
| **Flex Spending Account** | **0.00** | **90.26** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Danny Ray Maiden** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Sara Lynn Maiden** |
| (Spouse, if filing) | First Name   Middle Name   Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number _____
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
   expenses as of the following date:
   _____
   MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
   maintains a separate household

Official Form 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. Is this a joint case?

   ☐ No.   Go to line 2.
   ☑ Yes.  Does Debtor 2 live in a separate household?

      ☑ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. Do you have dependents?

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 23 | ☐ No  ☑ Yes |
| Daughter | 19 | ☐ No  ☑ Yes |
| Daughter | 10 | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?

   ☑ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | | Your expenses |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 1,675.00 |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. | $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. | $ 0.00 |

Debtor 1   **Danny Ray Maiden** _____   Case number (if known)_____
First Name   Middle Name   Last Name

**Your expenses**

| | | |
|---|---|---|
| 5. Additional mortgage payments for your residence, such as home equity loans | 5. | $ 0.00 |
| 6. Utilities: | | |
| 6a. Electricity, heat, natural gas | 6a. | $ 250.00 |
| 6b. Water, sewer, garbage collection | 6b. | $ 45.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 175.00 |
| 6d. Other. Specify: _____ | 6d. | $ 0.00 |
| 7. Food and housekeeping supplies | 7. | $ 600.00 |
| 8. Childcare and children's education costs | 8. | $ 0.00 |
| 9. Clothing, laundry, and dry cleaning | 9. | $ 200.00 |
| 10. Personal care products and services | 10. | $ 100.00 |
| 11. Medical and dental expenses | 11. | $ 600.00 |
| 12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 180.00 |
| 13. Entertainment, clubs, recreation, newspapers, magazines, and books | 13. | $ 80.00 |
| 14. Charitable contributions and religious donations | 14. | $ 0.00 |
| 15. Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $ 0.00 |
| 15b. Health insurance | 15b. | $ 0.00 |
| 15c. Vehicle insurance | 15c. | $ 175.00 |
| 15d. Other insurance. Specify:_____ | 15d. | $ 0.00 |
| 16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |
| 17. Installment or lease payments: | | |
| 17a. Car payments for Vehicle 1 | 17a. | $ 653.00 |
| 17b. Car payments for Vehicle 2 | 17b. | $ 500.00 |
| 17c. Other. Specify: **Pet Medical Insurance** _____ | 17c. | $ 100.00 |
| 17d. Other. Specify: _____ | 17d. | $ 0.00 |
| 18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 6I). | 18. | $ 0.00 |
| 19. Other payments you make to support others who do not live with you. Specify:_____ | 19. | $ 0.00 |
| 20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | | |
| 20a. Mortgages on other property | 20a. | $ 0.00 |
| 20b. Real estate taxes | 20b. | $ 0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $ 80.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |

Debtor 1   **Danny Ray Maiden** _____     Case number (if known)_____
         First Name   Middle Name   Last Name

21.  **Other.** Specify: _____     21.  +$ _____0.00_____

22.  **Your monthly expenses.** Add lines 4 through 21.
     The result is your monthly expenses.                          22.  $ _____5,413.00_____

23.  **Calculate your monthly net income.**

     23a.  Copy line 12 (*your combined monthly income*) from *Schedule I.*     23a.  $ _____5,475.56_____

     23b.  Copy your monthly expenses from line 22 above.          23b.  – $ _____5,413.00_____

     23c.  Subtract your monthly expenses from your monthly income.
           The result is your *monthly net income.*                23c.  $ _____62.56_____

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ☑ No.
     ☐ Yes.   **None**

B6 Declaration (Official Form 6 - Declaration)  (12/07)

IN RE Maiden, Danny Ray & Maiden, Sara Lynn _____   Case No. _____
_____
Debtor(s)                                                                              (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **33** sheets, and that they are
true and correct to the best of my knowledge, information, and belief.

Date: __4-4-15__   Signature: _____Danny Meiden_____                                    Debtor
**Danny Ray Maiden**

Date: __4.4.15__   Signature: _____Sara Maiden_____
**Sara Lynn Maiden**                                                 (Joint Debtor, if any)
[If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for
compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h),
and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by
bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting
any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal,
responsible person, or partner who signs the document.*

_____
_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                                  Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer
is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or
imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a

member or an authorized agent of the partnership) of the _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and
schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my
knowledge, information, and belief.

Date: _____   Signature: _____

_____
(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

IN RE:

Case No. _____

Maiden, Danny Ray & Maiden, Sara Lynn _____ Chapter **7**_____

<div align="center">Debtor(s)</div>

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

### 1. Income from employment or operation of business

None ☐
State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 7,798.00 | 2015 Year to Date Income - Husband |
| 28,119.45 | 2014 Income - Husband |
| 29,150.00 | 2013 Income - Husband |
| 10,615.00 | 2015 Year to Date Income - Wife |
| 42,313.00 | 2014 Income - Wife |
| 30,300.00 | 2013 Income - Wife |

---

### 2. Income other than from employment or operation of business

None ☐
State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 1,200.00 | 2015 Year to Date - Child Support - Wife |
| 31,200.00 | 2014 Child Support Income - Wife |
| 31,200.00 | 2013 Child Support Income - Wife |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☐   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Ally Financial**<br>**P.O. Box 900952**<br>**Louisville, KY  40290-1951** | **March, 2015**<br>**February, 2015**<br>**January, 2015** | **1,959.00** | **32,000.00** |
| **2014 Chrysler 2000 automobile (Black)** | | | |
| **Chrysler Capital**<br>**P.O. Box 961275**<br>**Fort Worth, TX  76161-0000** | **March, 2015**<br>**February, 2015**<br>**January, 2015** | **1,500.00** | **23,251.00** |
| **2014 Chrysler 2000 (2)** | | | |

None ☑   *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑   *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **JRSI Inc. vs. Maiden/Colwell**<br>**12 SC 4140** | **Collection** | **Circuit Court of DuPage County**<br>**Wheaton, IL** | **Judgement entered -**<br>**$937.00 - 08/21/2012:**<br>**Wage deduction**<br>**pending** |

None ☐   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **JRSI Inc**<br>**Steven J. Fink & Associates**<br>**25 E. Washington St. Ste. 1233**<br>**Chicago, IL  60601** | **End of January, 2015** | **Income being garnished weekly from Husband's paycheck** |

**5. Repossessions, foreclosures and returns**

None ☑   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Mevorah Law Offices LLC**<br>**134 N. Bloomingdale Road**<br>**Bloomingdale, IL  60108-0000** | **February, 2015** | **2,200.00** |
| **Legal representation regarding bankruptcy** | | |
| **U. S. Bankruptcy Court**<br>**219 S. Dearborn**<br>**Chicago, IL  60604** | **March, 2015** | **335.00** |
| **Chapter 7 Bankruptcy filing fee** | | |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 342 West St. Charles Road, Apt. A, Lombard, IL 60148 | Maiden | 2011 - approximately June, 2013 |

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: _4-4-15_   Signature of Debtor   X _Danny Maiden_

**Danny Ray Maiden**

Date: _4.4.15_   Signature of Joint Debtor (if any)   X _Sara L Maiden_

**Sara Lynn Maiden**

_____**0**_____ continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

B8 (Official Form 8) (12/08)

## United States Bankruptcy Court
## Northern District of Illinois

**IN RE:**                                                          Case No. _____

Maiden, Danny Ray & Maiden, Sara Lynn                             Chapter 7 _____
_____
Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Ally** | **Describe Property Securing Debt:**<br>**2014 Chrysler 2000 automobile** |

Property will be *(check one)*:
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt  ☐ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:**<br>**Chrysler Capital** | **Describe Property Securing Debt:**<br>**2014 Chrysler 2000 automobile** |

Property will be *(check one)*:
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt  ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Patrick Combs** | **Describe Leased Property:**<br>**Residential Lease** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☑ Yes  ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☐ No |

___1 continuation sheets attached *(if any)*

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: _X_ 4/4/15 _____          X _Danny Maiden_ _____
                                  Signature of Debtor

                                  X _Sara A Maiden_ _____
                                  Signature of Joint Debtor

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                          Case No. _____

Maiden, Danny Ray & Maiden, Sara Lynn _____  Chapter **7** _____
                    Debtor(s)

### VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **93**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: ____4/4/15_____          _____Danny Maiden_____
                                                 Debtor

                                                 _____Sara L Maiden_____
                                                 Joint Debtor

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Maiden, Danny Ray
313 Creekside Dr., #A
Bloomingdale, IL 60108

Advocate Medical Group
P.O. Box 92523
Chicago, IL 60675-2523

Best Practices Of Northwest, SC 87
Suburban Credit Corporation
P.O. Box 30640
Alexandri8a, VA 22310-0640

Maiden, Sara Lynn
313 Creekside Dr., #A
Bloomingdale, IL 60108

Alexian Brothers Medical Center
Alcoa Billing Ctr-MEA-Elk Grove, LLC
P.O. Box 740023
Cincinnati, OH 45274-0023

Bloomingdale Dental
Certified Services, Inc.
P.O. Box 177
Waukegan, IL 60079-0177

Law Offices of Steven H. Mevorah
& Associates
134 North Bloomingdale Road
Bloomingdale, IL 60108

Ally
Payment Processing Center
P.O. Box 9001952
Louisville, KY 40290-1952

Castello Wellnes
Merchants' Credit Buide Co.
223 W. Jackson Blvd, #700
Chicago, IL 60606

ACL Laboratories, Inc.
Collection Services
P.O. Box 27901
W. Allis, WI 53227

Amazon Store/Synchrony Bank
P.O. Box 960013
Orlando, FL 32896-0013

Castello Wellness
Merchants' Credit Guide Co.
223 W. Jackson Blvd, #700
Chicago, IL 60606

Advance Family Dental
845 S. Main Street
Lombard, IL 60148

Antonio J. Bravo, MD, SC
Armando A. San Juan, MD
1200 S. York Rd., #4120
Elmhurst, IL 60126

Chevron/Synchrony Bank
P.O. Box 530950
Atlanta, GA 30353-0950

Advanced Beauty Solutions
P.O. Box 406
Farmingdale, NY 11735-0406

Arlington Ridge Pathology, S.C.
520 E. 22nd St
Lombard, IL 60148

Chrysler Capital
P.O. Box 660335
Dallas, TX 75266-0335

Advanced Family Dental Lombard
8845 S. Main Street
Lombard, IL 60148

Arlington Ridge Patholoy, S.C.
520 E. 22nd St.
Lombard, IL 60148

Circle Hill Apartments
Cook Law Mgstrt
Rolling Meadows, IL 00000

Adventist Health Partners
P.O. Box 7001
Bolingbrook, IL 60440-7001

Avant Credit
640 N. LaSalle St
Chicago, IL 60654

Com Ed
CCI Contract Callers Inc.
P.O. Box 212489
Augusta, GA 30917-2489

Advocate Health Care
Advocate Good Samaritan Hospital
P.O. Box 93548
Chicago, IL 60673

Banana Republic/Synchrony Bank
P.O. Box 530942
Atlanta, GA 30353-0942

Comenity Capital Bank, Re: Paypal Credit
RGS Collections, Inc.
P.O. Box 852039
Richardson, TX 75085-2039

Advocate Health Care
Advocate Good Samaritan Hospital
P.O. Box 4248
Carol Stream, IL 60197-4248

Barclay Card Rewards MasterCard
Card Services
P.O. Box 8833
Wilmington, DE 19899-8833

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-8873

Credit One Bank
P.O. Box 60500
City Of Industry, CA  91715-0500

Evine Live/Synchrfony Bank
P.O. Box 960009
Orlando, FL  32896-0009

Gregory Castello D.O.
244 E. Roosevelt Road
Lombard, IL  60148-4647

Elmhurst Clinic
MiraMed Revenue Group - Dept. 77304
P.O. Box 77000
Detroit, MI  48277-0304

Fingerhut Advantage
Berman & Rabin, P.A.
P.O. Box 166
Newark, NJ  07101-0166

Grove Dental Associates, P.C.
Baron's Creditor's Services Corp.
155 Revere Drive, Suite  9
Northbrook, IL  60062-1588

Elmhurst Clinic, Elmhurst Memorial
Div Of Elmhurst Memorial Healthcare
25847 Network Place
Chicago, IL  60673-1258

Fingerhut Direct Mrkting, Jefferson
Capital Syst LLC, FNCB, Inc.
P.O. Box 51660
Sparks, NV  89435

J.R.S.I., Inc.
Steven J. Fink & Associates, P.C.
25 E. Washington St., Suite 1233
Chicago, IL  60602

Elmhurst Emergency Medical Services
MiraMed Revenue Group, LLC - Dept.77304
P.O. Box 77000
Detroit, MI  48277-0304

First Premier Bank
P.O.  Box 5529
Sioux Falls, SD  57117-5529

James A. Pope, Attorney At Law
The Comar Centre
1 S 660 Midwest Road - Suite 200
Oakbrook Terrace, IL  60181

Elmhurst Memorial Healthcare
MiraMed Revenue Group - Dept. 77304
P.O. Box 77304
Detroit, MI  48277-0304

First Premier Bank
Rushmore Service Center
P.O. Box 5507
Sioux Falls, SD  57117-5507

Jared Galleria Of Jewelry
P.O. Box 740425
Cincinnati, OH  45274-0425

Elmhurst Memorial Healthcare
Malcolm S, Gerald And Associates, Inc.
332 South Michigan Avenue, Suite 600
Chicago, IL  60604

Fox Valley Institute For Growth & Wellne
640 North River Road, Suite 108
Naperville, IL  60563-8947

JC Penney Credit Services
Synchrony Bank
P.O. Box 960090
Orlando, FL  32896-0090

Elmhurst Memorial Healthcare
Computer Credit, Inc.
P.O. Box 4052
Carol Stream, IL  60197-4052

GAP Gap Card/Synchrony Bank
P.O. Box 530942
Atlanta, GA  30353-0942

Kohl's/Capital One
P.O. Box 2983
Milwaukee, WI  53201-2983

Elmhurst Memorial Healthcare
Elmhurst Memorial Hospital
P.O. Box 4052
Carol Stream, IL  60197-4052

Good Shepherd Hospital
Medical Recovery Specialists, LLC
2250 E. Devon Ave., Ste. 352
Des Plaines, IL  60018-4521

Leone Dermatology Center
3060 N. Arlington Heights Road
Arlington Heights, IL  60004-1530

Elmhurst Memorial Healthcare Hospital
United Coll Bur/Medical Rec Spec, LLC
2250 E. Devon Ave., Ste. 352
Des Plaines, IL  60018-4521

Great Amercan Finance Company
GAFCO
20 North Wacker Drive, Suite 2275
Chicago, IL  60606

Lowe's
Synchrony Bank
P.O. Box 530914
Atlanta, GA  30353-0914

Elmhurst Radiologists, SC, NCI
Northwest Collectors Inc.
3306 Algonquin Rd., Ste 232
Rolling Meadows, IL  60008-3106

Greater Northwest Medical Group SC
1300 Busch Parkway
Buffalo Grove, IL  60089-4505

Mark E. Heimsoth, Attorney At Law
563 W. Galena Blvd.
Aurora, IL  60506

Midwest Pathology Services
Dept. 4003
Carol Stream, IL  60122

Northwest Community Hospital
Firstsource Financial Solutions, LLC
P.O. Box 33009
Phoenix, AZ  85067-3009

Phillips 66 Co
SYNCB
P.O. Box 530942
Atlanta, GA  30353-0942

Miswest Pathology Services
Medical Recovery Specialists, LLC
2250 E. Devon Avenue, Ste. 352
Des Plaines, IL  60018-4521

Northwest Community Hospital
800 West Central Road
Arlington Heights, IL  60005

Podiatric Management Systems LLC
30 S. Michigan Avenue, Suite #503
Chicago, IL  60603-3218

Nicor Gas
Asset Acceptance LLC
P.O. Box 2036
Warren, MI  48090-2036

Northwest Community Hospital, C.B. Accts
First Source Healthcare Advantage, Inc.
P.O. Box 40019
Phoenix, AZ  85067-0019

Quest Diagnostics
P.O. Box 64804
Baltimore, MD  21264-4804

Northwest Community
Argent Healthcare Financial Services, I
P.O. Box 40019
Phoenix, AZ  85067-0019

Northwest Radiology Associates, SC
520 E. 22nd St.
Lombard, IL  60148

Quest Diagnostics, Credit Collection Ser
Payment Processing Center - 27
P.O. Box 55126
Boston, MA  02205-5126

Northwest Community Hospital
Pellettieri & Associates, LTD
991 Oak Creek Drive
Lombard, IL  60148-6408

Northwest Suburban Anesth
Medical Business Bureau, LLC
P.O. Box 1219
Park Ridge, IL  60068-7219

Ronald H. Stefani, Jr., M.C., F.A.C.S.,
Plastic Reconstructive And Hand Surgery
629 South Main Street
Lombard, IL  60148

Northwest Community Hospital
C.B. Accounts, Inc.
P.O. Box 95698
Chicago, IL  60694-5698

Northwest Women's Consulltants
FFCC-Columbus, Inc.
P.O. Box 20790
Columbus, OH  43220-0790

ShopHQ/Synchrony Bank
P.O. Box 960009
Orlando, FL  32896-0009

Northwest Community Hospital
P.O. Box 95698
Chicago, IL  60694-5698

Old Navy /Synchrony Bank
P.O. Box 530942
Atlanta, GA  30353-0942

Sprint
Convergent Outsourcing, Inc.
10750 Hammerly Blvd, #200
Houston, TX  77043

Northwest Community Hospital
Firstsource Financial Solutions, Inc.
P.O. Box 33009
Phoenix, AZ  85850-3009

Orthopaedic Associates, S.C.
1300 East Central Rd.
Arlington Hts., IL  60005-2857

Sterling Jerwelers, Inc. DBA Kay Jeweler
Blitt And Gaines, P.C.
661 Glenn Avenue
Wheeling, IL  60090

Northwest Community Hospital
Pellettieri & Associates, Ltd.
991 Oak Creek Drive
Lombard, IL  60148-6408

Patrick Combs
P. O. Box 5720
Glendale Heights, IL  60139

Suburban Podiatry Associates, P.C.
Gregory Jansyn DPM
303 E. Army Trail Road, Ste. 101
Bloomingdale, IL  60108-2169

Northwest Community Hospital
MiraMed Revenue Group, Dept. 77304
P.O. Box 77000
Detroit, MI  48277-0304

Pay Pal Credit
Comenity Capital Bank
P.O. Box 105658
Atlanta, GA  30348-5658

Target Card Services
P.O,. Box 660170
Dallas, TX  75266-0170

**Target Credit Card Services**
P.O. Box 660170
Dallas, TX  75266-0170


**The Gap**
**Synchrony Bank**
P.O. Box 965003
Orlando, FL  32896


**The Room Place, GAFCO**
**Great American Finance Company**
20 North Wacker Drive, Suite 2275
Chicago, IL  60606-3096


**U. S. Cellular**
**Debt Recovery Solutions, LLC**
P.O. Box 9001
Westbury, NY  11590-9001


**US Bank**
P.O. Box 5227
Cincinnati, OH  45201


**Verizon Wireless, Mcm**
**Midland Credit Management, Inc.**
P.O. Box 60578
Los Angeles, CA  90060-0578


**Wal*Mart, Central Credit Services LLC**
P.O. Box 530927
Atlanta, GA  30353-0927


**Wal*Mart/Synchrony Bank**
P.O. Box 530927
Atlanta, GA  30353-0927